UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GARY HUNTER,

     Plaintiff,

v.

CENTERRA GROUP, LLC, JOHN DOE 1,
JOHN DOE 2, and JOHN DOE 3,

     Defendants.

Case No. 19-cv-11462

Hon. Terrence G. Berg

---

**STEPHEN J. CHACKO (P78210)**
**MOHAMMED AZEEM NASSER**
**(P74485)**
**THE PERKINS LAW GROUP, PLLC**
Attorneys for Plaintiff
615 Griswold, Suite 400
Detroit, MI 48226
(313) 964-1702
sjchacko@perkinslawgroup.net
mnasser@perkinslawgroup.net

**MATTHEW I. HENZI (P57334)**
**ASHERKELLY, PLLC**
Attorney for Defendant Centerra Group,
LLC
25800 Northwestern Highway, Suite 1100
Southfield, MI 48075
(248) 746-2762
mhenzi@asherkellylaw.com

---

## ORDER COMPELLING PLAINTIFF TO ATTEND AN INDEPENDENT MEDICAL EXAMINATION ON JUNE 30, 2020 AT 2:45 P.M.

IT IS HEREBY ORDERED pursuant to Federal Rules of Civil Procedure 35,

the Plaintiff is to attend an independent medical examination at the

offices of Dr. Saul Weingarden, 20300 W. 12 Mile Road, Suite 103, Southfield,

Michigan 48076, on the mutually agreed upon date of June 30, 2020 at 2:45 p.m.



/s/Terrence G. Berg
HON. TERRENCE G. BERG
UNITED STATES DISTRICT JUDGE

Dated: June 26, 2020

Drafted by:

Matthew I. Henzi (P57334)
Attorney for Defendant Centerra
AsherKelly, PLLC
25800 Northwestern Hwy., Ste. 1100
Southfield, MI 48075
mhenzi@asherkellylaw.com


W2403849